# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 20, 2013

No. 12-30980
Summary Calendar

Lyle W. Cayce
Clerk

JAMES CURTIS SUTTON,

Plaintiff-Appellee

v.

DEPUTY CEDRIC D. PAYNE; CLENT RAMBIN,

Defendants-Appellants

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:11-CV-1605

Before WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See Rule 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.